989 A.2d 340

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert HALL, Petitioner.**

**No. 156 EM 2009.**

Supreme Court of Pennsylvania.

Feb. 17, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2010, the "Petition to Extend Time to File Petition for Allowance of Appeal," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc,* is **DENIED.**

989 A.2d 340

**RYAN WHEELER, Petitioner**

v.

**PHILADELPHIA POLICE DEPARTMENT, Respondent.**

**No. 154 EM 2009.**

Supreme Court of Pennsylvania.

Feb. 17, 2010.

## *ORDER*

PER CURIAM

**AND NOW**, this 17th day of February, 2010, the Petition for Review is **DENIED.**